**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Movant,**

**GEORGE LAWSON KELLY,**

    **Plaintiff,**

**v.**                                                                 Case No. 8:05-cv-1409-T-30MAP

**PCL CIVIL CONSTRUCTORS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff Kelly's Motion to Dismiss (Dkt. #7) and the USA's Notice of Consent to Dismissal Without Prejudice (Dkt. #8). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Dismiss (Dkt. #7) is GRANTED.
2. This cause is dismissed without prejudice.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2005\05-cv-1409.dismissal 8.wpd